# EXHIBIT 1

## Managing Overdrafts

An overdraft occurs when you do not have enough money available in your account to cover a transaction, but we pay it anyway. Be sure to track your spending using our online and mobile banking services to help avoid overdrafts.

### How to Avoid Overdrafts

Here are the ways you can cover an overdraft before incurring an overdraft fee:

- Deposit cash or a check drawn on another MB account at one of our Banking Centers before they close
- Deposit cash at any of our ATMs before 7:00 p.m. CT
- Use online or mobile banking to transfer funds from another MB account by 7:00 p.m. CT

**Please note** if you deposit a check other than one drawn on MB, or deposit an MB check using a method other than with an MB banker, the funds will not be available same day to cover the overdraft. Most

checks take two business days before funds are fully available, so we recommend depositing cash when covering an overdraft to avoid fees.

- In order to avoid continuous day overdraft fees, please be sure to make your deposit in the amount of your overdraft, plus any overdraft fees using any of the above methods before the end of the following business day
- When overdrafts occur over the weekend, you have until 7:00PM CT on the next business day to bring the account positive
- Please see the Personal Banking Customer Fee Schedule for more on fees

## Standard Overdraft Practice

Our standard overdraft practice comes with your account and allows us to use our discretion when paying items that will overdraw your account. We do not guarantee that your overdraft transaction will be paid, in which case the transaction will be declined or returned unpaid. If the item is paid, you will be charged an Overdraft Fee. If the item is returned, you will be charged a Returned Item Fee. You agree to immediately repay us the amount of any overdraft, including fees.

Some examples of transactions that we use our discretion to pay or return include:

- Checks
- Automatic payments (i.e., phone bill, utility bill or car payment)
- Recurring debit card purchases (i.e., gym memberships or music subscriptions)

ATM or everyday debit card transactions that overdraw

your account may be declined, unless you sign up for Guard My Card, a service that, at our discretion, pays these types of transactions (overdraft related fees apply). If your transaction is declined, no fee is charged.

GUARD MY CARD 〉

## Overdraft Protection Plans

Overdraft Protection Plans are optional services that may help you cover your overdrafts and avoid overdraft fees. Services such as a link to a savings account (Overdraft Funding Service) or Overdraft Line of Credit may be less expensive options. Learn more about each by using the links below:

OVERDRAFT FUNDING SERVICE 〉

OVERDRAFT LINE OF CREDIT 〉